# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

---

In Re: Michael C. Shores                    Bankruptcy Case No.: 10–44007
      Debtor                               Chapter: 7

---

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF

TO THE CREDITORS OF THE ABOVE–NAMED DEBTOR:

Notice having been previously given that creditors of the above–named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 4/13/11
is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above–named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be
allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim, a copy of which is included with this notice.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for Governmental Units is
**7/12/11**

Dated: 1/13/11

Jeanne Henderson,
Clerk
U.S. Bankruptcy Court

MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM INCLUDED WITH THIS NOTICE.

Michael C. Shores

10–44007

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Michael C. Shores | Case Number: 10-44007 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br><br><br>Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:** $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(4).<br><br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:** $_____  **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 15, 2011.
```
db        +Michael C. Shores,   15362 CR 1100,   Blue Ridge, TX 75424-3327
cr        +PlainsCapital Bank,   18111 Preston Road,   Suite 220,   Dallas, TX 75252-5481
5878421   +ADP, Inc.,   PO Box 78415,   Phoenix, AZ 85062-8415
5878423   +AG Manufacturing,   103 Security Court,   Wylie, TX 75098-4943
5878420   +Accountants Inc.,   File 30235,   PO Box 60000,   San Francisco, CA 94160-0001
5878422   +Adtran, Inc.,   PO Box 140000,   Huntsville, AL 35814-4000
5878424   +Ahn Hoang Nguyen,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878425   +Alicia Hamby,   2652 Brookside Drive,   Irving, TX 75063-3161
5878426    All American,   Lock Box 673895,   Detroit, MI 48267-3895
5878427   +All Metals Fabricating, Inc.,   200 Allentown Parkway,   Allen, TX 75002-4210
5878428   +Allen L. Adkins & Associates, P.C.,   4010 82nd Street, Suite 230,   P.O. Box 3340,
            Lubbock, TX 79452-3340
5878429   +Allen Wang,   3416 Canoncita Lane,   Plano, TX 75023-8100
5878430   +Allger Advisors,   1233 Wilshire Blvd., Suite 875,   Santa Monica, CA 90403-5406
5878431   +Alliance Fiber Optics Products, Inc.,   275 Gibraltar Drive,   Sunnyvale, CA 94089-1312
5878432   +Allied Bolt & Screw Co.,   PO Box 55586,   Houston, TX 77255-5586
5878433   +Allied Electronics,   PO Box 2325,   Fort Worth, TX 76113-2325
5878434   +Allied Waste,   4200 East 14th Street,   Plano, TX 75074-7102
5878437   +Andrew Filtness,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878438   +Andrew Scott,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878439    Anixter,   PO Box 847428,   Dallas, TX 75284-7428
5878440    Appriver,   1101 Gulf Breeze Pkwy.,   Suite 200,   Gulf Breeze, FL 32561-4858
5878441    Arrow Electronics,   PO Box 951597,   Dallas, TX 75395-1597
5878442   +Assembly Fasteners Inc.,   255 Semoran Commerce Place,   Apopka, FL 32703-4690
5878446    Attorney General of Texas,   Bankruptcy Division,   PO Box 12548,   Austin, TX 78711-2548
5878447   +Austin Foam Plastics, Inc.,   PO Box 200938,   Houston, TX 77216-0938
5878448   +Autotronic Controls Corp.,   1350 Pullman, Suite 200,   El Paso, TX 79936-7738
5878450   +Bandjwet Enterprises Inc.,   3603 Edison Place,   Rolling Meadows, IL 60008-1012
5878451    Bank of America,   PO Box 15025,   Wilmington, DE 19850-5025
5878452   +Bare Board Group, Inc.,   7401 114th Ave. North, Suite 501,   Largo, FL 33773-5138
5878453   +Bisco Industries, Inc.,   1500 N. Lakeview Avenue,   Anaheim, CA 92807-1819
5878454   +Block & Garden,   Attn: Christopher M. McNeill,   5949 Sherry Lane, Suite 900,
            Dallas, TX 75225-0016
5878455   +Boraroth Kong,   112 Towering Oak,   Tool, TX 75143-9200
5878456   +Brent Troxel,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878457   +Brett Ehle,   1219 Laguna Place,   Carrollton, TX 75006-2927
5878458   +Broadband Forum,   48377 Freemont Blvd., Suite 117,   Freemont, CA 94538-6565
5878459   +Broadlight Inc.,   1300 Crittenden Lane, Suite 203,   Mountain View, CA 94043-1370
5878460   +Broadridge,   PO Box 23487,   Newark, NJ 07189-0487
5878461   +Business Week,   PO Box 8420,   Red Oak, IA 51591-1420
5878493    CSA International,   PO Box 66512,   AMF O'Hare,   Chicago, IL 60666-0512
5878462    Cambridge Industries Group Ltd.,   c/o 8/F, Building B,   900 Yishan Road,
            Shanghai 200233 China
5878463   +Caoson Tran,   1304 Glendover Drive,   Allen, TX 75013-7004
5878465   +Carol Hilson,   6813 Lakeshore Drive,   Rowlett, TX 75089-3734
5878466    Chase Bank USA, N.A.,   CBCS,   P.O. Box 163250,   Colombus, OH 43216-3250
5878467   +Chester Nguyen,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878468   +Chris Jackson,   6445 Shady Brook, Apt. 2340,   Dallas, TX 75206-1319
5878469   +Chris Nguyen,   710 Butternut Drive,   Garland, TX 75044-2524
5878470   +Chris Ryan,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878471   +Christopher Jones,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878472   +Cindy Pearson,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878474   +Citel Inc.,   1515 NW 167th Street,   Suite 6-303,   Miami, FL 33169-5100
5892797    CitiMortgage, Inc.,   PO Box 689196,   Des Moines, IA 503689196
5878476    City of Richardson,   411 W. Arapaho Road., #101,   PO Box 830129,   Richardson, TX 75083-0129
5878479   +Coilcraft, Inc.,   1102 Silver Lake Road,   Cary, IL 60013-1697
5878480    Comair Rotron,   135S LaSalle,   Dept 2071,   Chicago, IL 60674-2071
5878481    Comcast,   PO Box 173885,   Denver, CO 80217-3885
5878482   +Communication Supply Corp.,   3050 Payshere Circle,   Chicago, IL 60674-0001
5878483   +Component Distributors, Inc.,   PO Box 13017,   Denver, CO 80201-3217
5878484    Comptroller of Public Accounts,   PO Box 149348,   Austin, TX 78714-9348
5878486   +Consolidated Electrical Distributors,   10860 Sanden Drive,   Dallas, TX 75238-5325
5878487    Constellation New Energy, Inc.,   Bank of America Lockbox Service,   Lockbox 840159,
            Dallas, TX 75202
5878488   +Control Resources Inc.,   11 Beaver Brook Road,   Littleton, MA 01460-6232
5878489    Coppergate,   38 Habarazal Street,   Tel Aviv, 69710 ISRAEL
5878490   +Correct Products,   258 E. Arapaho Road,   Suite 140,   Richardson, TX 75081-2795
5878492   +Crescendo Communications LLC,   995 Orion Court,   Merrick, NY 11566-1025
5878495   +Cummings Elecrtical, Inc.,   14900 Grand River Road,   Suite 124,   Fort Worth, TX 76155-2749
5878496   +Cuong Nguyen,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878497   +Custom Magnetics,   801 W. Main Street,   Manchester, IN 46942-1452
5878503    DEK International GMBH,   PO Box 100534,   Pasadena, CA 91189-0534
5878512    DLT Manufacturing Inc.,   Commercial Finance Group of TX,   PO Box 744265,
            Dallas, TX 75374-4265
5878513   +DSV,   PO Box 8500-S-6330,   Philadelphia, PA 19178-0001
5878515   +DUX Public Relations,   PO Box 1329,   Canton, TX 75103-8029
5878498    Dallas County Tax Assessor,   John R. Ames, CTA,   500 Elm Street,   Dallas, TX 75202-3304
5878499   +Dallas Groth,   5944 Luther Lane, Suite 601,   Dallas, TX 75225-5955
5878500   +Data Matique,   2110 Sherwin Street,   Garland, TX 75041-1217
5878501   +David Grisham,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878502   +David Heim,   18103 Hollow Oak Court,   Dallas, TX 75287-6853
5878507   +Dennis Cutillo,   3805 Appomattox Circle,   Plano, TX 75023-6022
5878508    Det Norske Veritas Certification, Inc.,   PO Box 201898,   Houston, TX 77216-1898
```

```
5878511    Digikey Corporation 49762,   PO Box 250,   Thief River Falls, MN 56701-0250
5878514   +Dung C. Pham,   3301 Pinion Drive,   Plano, TX 75023-7332
5878516   +Duyen H. Nguyen,   341 Gene Autry Lane,   Murphy, TX 75094-2610
5878517   +Dymax,   51 Greenwoods Road,   Torrington, CT 06790-2349
5878518    Dyna Porter Int'l Limited,   PO Box 957,   Offshore Incorporations Centre,   Road Town, Tortola,
            British Virgin Islands
5878519   +Dynamex Inc.,   PO Box 803496,   Dallas, TX 75380-3496
5878520    Electro Rent Corp.,   6018 Solutions Center,   Chicago, IL 60677-6000
5878521   +Electro-Wise Inc.,   2425 McIver Lane, Suite 110,   Carrollton, TX 75006-6517
5878522    Eltek Valere, Inc.,   Dept 0353,   PO Box 120353,   Dallas, TX 75312-0353
5878524   +Environmental Industries, Inc.,   4125 Billy Mitchell Dr., Suite 100,   Addison, TX 75001-4351
5878526   +Ezequiel Garcia,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878527    Farmers Insurance Group,   PO Box 9134,   Needham, MA 02494-9134
5878528    Fastenal Industrial & Construction,   PO Box 978,   Winona, MN 55987-0978
5878529    FedEx,   PO Box 660481,   Dallas, TX 75266-0481
5878530   +FedEx Freight,   4103 Collection Center Drive,   Chicago, IL 60693-0041
5878532    First Community Bank,   1755 N. Collins Boulevard,   Suite 100,   Richardson, TX 75080-3552
5878533   +Flashline Electronics, Inc.,   2098 B Walsh Avenue,   Santa Clara, CA 95050-2544
5878534    Force Electronics,   PO Box 41117,   Los Angeles, CA 90074-1117
5878419   +Four Star Electronics, Inc.,   930 Calle Negocio, Suite C,   San Clemente, CA 92673-6209
5878535   +Frank McConahey,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878536   +Frank Velazquez,   3813 Stoneway Drive,   Plano, TX 75025-2030
5878537   +Fuses Unlimited,   9248 Eton Avenue,   Chatsworth, CA 91311-5807
5878538   +Future,   3255 Paysphere Circle,   Chicago, IL 60674-0001
5878543    GE Capital,   PO Box 740423,   Atlanta, GA 30374-0423
5878539   +Garrett Elecrtronics,   1320 West McCoy Lane,   Santa Maria, CA 93455-1006
5878540   +Gary Budnik,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878541   +Gary Hayes,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878544   +General Packaging,   200 E. Arapaho Road,   PO Box 832630,   Richardson, TX 75083-2630
5878545   +Gexpro,   600 South Royal, Suite 150,   Coppell, TX 75019-3847
5878546    Global Complaince Services,   PO Box 60941,   Charlotte, NC 28260-0941
5878547   +Global Fasteners,   10634 Control Place,   Dallas, TX 75238-5390
5878548   +Global Innovation,   901 Hensley,   Wylie, TX 75098-4909
5878549    Global Innovation Corp.,   Dept 8224,   PO Box 650002,   Dallas, TX 75265-0002
5878550   +Global Stencil,   602 Davis Street,   Grand Prairie, TX 75050-5821
5878551   +Gorilla Circuits,   1445 Old Oakland Road,   San Jose, CA 95112-1203
5878552    Grainger,   Dept 861042133,   Palatine, IL 60038-0001
5878553   +Grandpappy Point Marina,   132 Grandpappy Drive,   Denison, TX 75020-2638
5878554   +Greg Heihn,   1035 Hot Springs Drive,   Allen, TX 75013-5650
5878555   +Greg Hromas,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878556   +Gregory Lesher,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878557   +Harris Bank,   3800 W. Golf Road,   Suite 300,   Rolling Meadow, IL 60008-4005
5878558   +Harvest Technologies, Inc.,   1000 Industrial Park Road,   Belton, TX 76513-1951
5878559    Heatex AB,   Tommarpsvagen,   46, SE-231 65,   Trelleborg, SWEDEN
5878560   +Heatex America,   PO Box 254,   Natural Bridge Station, VA 24579-0254
5878561   +Herold Precision Metals,   1370 Hammond Road,   White Bear Township, MN 55110-5865
5878562    Hi-Tech Fasteners, Inc.,   PO Box 64874,   Baltimore, MD 21264-4874
5878563   +Hisco,   10863 Rockwall Road,   Dallas, TX 75238-1282
5878564    Hodgson Russ LP,   140 Pearl Street, Suite 100,   Buffalo, NY 14202-4040
5878565   +HomePNA, Inc.,   2400 Camino Ramon, Suite 375,   San Ramon, CA 94583-4373
5878568   +Indian Industries, LP,   432A West Fork Drive,   Arlington, TX 76012-3473
5878569    Inductors Inc.,   5 Technology Drive,   Irvine, CA 92618-2302
5878570    Insulfab, Div. of Concote Co.,   PO Box 671179,   Dallas, TX 75267-1179
5878574    International Telecommunctations,   Place Des Nations,   CH-1211 Geneva 20,   SWITZERLAND
5878575    Intuitive Manufacturing System,   Dept CH 17959,   Palatine, IL 60055-7959
5878576   +Item Software (USA) Inc.,   2190 Towne Centre Place,   Suite 314,   Anaheim, CA 92806-6130
5878577   +JAE Electronics, Inc.,   142 Technology Dr., Suite 1000,   Irvine, CA 92618-2432
5878578   +James Copeland,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878579   +James McGrath,   118 Woodland Road,   Milton, MA 02186-3644
5878580   +James R. Von Ehr II,   3510 Tree Trunk Trail,   Richardson, TX 75082-2510
5878582   +Jane Wear,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878583    Japanese Products Corp.,   120 Fiske Street,   Fairfield, CT 06825-5524
5878584    Jason's Deli,   Dept. 271,   PO Box 4869,   Houston, TX 77210-4869
5878585   +Jeffrey Wellman,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878587   +Jim Owens,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878588   +Joel Futterman,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878589   +John C. Wissel,   1726 Mineral Springs,   Allen, TX 75002-0618
5878590    John Harrington,   5 Sheffield West,   Winchester, MA 01890-3526
5878591   +John Wainwright,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878592   +John Warrick,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878593   +Johnson Morgan & White,   6800 Broken Sound Parkway,   Boca Raton, FL 33487-2721
5878595   +Kevin D. Berry,   1320 Sandy Creek Drive,   Allen, TX 75002-2923
5878602    LGS Technologies,   PO Box 763039,   Dallas, TX 75376-3039
5878597    Landry Marks Partners LP,   8401 N. Central Expy., #850,   Dallas, TX 75225-4403
5878598   +Latera HOA,   1445 Macarthur Drive,   Suite 110,   Carrollton, TX 75007-4461
5878600   +Lee Truong,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878601   +Leggette,   4131 N. Central Expressway,   Suite 1100,   Dallas, TX 75204-2125
5878603    Lightning Components,   PO Box 678577,   Dallas, TX 75267-8577
5878604   +Linda A. Clair,   10342 Cimmarron Trail,   Dallas, TX 75243-2520
5878605    Lineage Power,   PO Box 281423,   Atlanta, GA 30384-1423
5878606   +Linebarger Goggan Blair & sampson,   University Center, Ste. 1720,   2323 Bryan Street,
            Dalals, Texas 75201-2603
5878607    Longwell Co.,   10FL, No. 36 CHNAG AN East Rd,   Section 1,   Taipei, R.O.C. TAIWAN
5878608   +Lovan Industries, Inc.,   8747 Governors Row,   Dallas, TX 75247-3913
```

```
5878609   +Luis Figueroa,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878610   +Luminent,   20550 Nordhoff Street,   Chatsworth, CA 91311-6113
5878626    ML&S GmbH & Co. KG,   Siemensalle 1,   Greifswald, 17489 GERMANY
5878611   +Manufacturing Resource Corp.,   41353 Albrae Street,   Fremont, CA 94538-3127
5878612   +Marcel Electronics Int'l,   130 W. Bristol Lane,   Orange, CA 92865-2637
5878613   +Mark Montgomery,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878614   +Marking Systems,   2601 Market Street,   Garland, TX 75041-2423
5878615    Maxim/Dallas Direct, Inc.,   File No. 73803,   PO Box 60000,   San Francisco, CA 94160-3803
5878616    McMaster Carr Supply Co.,   PO Box 7690,   Chicago, IL 60680-7690
5878617   +Meritax,   14800 Landmark Blvd., Suite 550,   Dallas, TX 75254-7586
5878618    Metlife,   PO Box 803323,   Kansas City, MO 64180-3323
5878619    Metroplex Technolgoy Business,   411 Belle Grove Drive,   Richardson, TX 75080-5297
5878621   +Michael L. Cornelius,   51 Fern Crest Drive,   Debary, FL 32713-3100
5878622   +Michael Sivils,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878623   +Microtech Laboratories,   538 Haggard Street,   Suite 402,   Plano, TX 75074-5564
5878624   +Millennium Sales,   3 Corporate Park, Suite 270,   Irvine, CA 92606-5164
5878625   +Milltech Manufacturing, Inc.,   537 Easy Street,   Garland, TX 75042-6810
5892798   +Mostofa Management Fund,   956 Bellview Road,   McLean, VA 22102-1202
5878627    Mouser Electronics,   PO Box 99319,   Fort Worth, TX 76199-0319
5878639   +NPI Materials, Inc.,   PO Box 429,   Prosper, TX 75078-0429
5878628   +Nader Sabzevari,   4005 Clark Parkway,   Plano, TX 75093-8540
5878629   +Nam H. Nguyen,   1609 N Yale Boulevard,   Richardson, TX 75081-2122
5878630   +Nathan H. Jacobsen,   5075 Pear Ridge Road, Apt. 411,   Dallas, TX 75287-3131
5878631    National Technical Systems,   PO Box 671601,   Dallas, TX 75267-1601
5878634    Newark,   PO Box 94151,   Palatine, IL 60094-4151
5878635   +Nimesh Parikh,   3408 Timber Brook Drive,   Plano, TX 75074-8790
5878636    Nokia Siemens Networks,   GMBH & Co. KG,   St.-Martin-Str. 76,   Munchen, 81541 GERMANY
5878640    Nu Horizons,   PO Box 360322,   Pittsburgh, PA 15251-6322
5878641    O-NET Communications Ltd.,   #10-1 South,   Maqueling Industrial Park,   Nanshan District,
            SHENZHEN 518057 CHINA
5878643   +On Location, Inc.,   18470 Thompson Court,   Suite 1A,   Tinley Park, IL 60477-6745
5878644   +Onvaco, Inc.,   1183 Cheshire Circle,   Danville, CA 94506-6234
5878645   +OptoSigma Corp.,   2001 E Deere Avenue,   Santa Ana, CA 92705-5724
5878646   +Packaging Design,   2310 Apollo Circle,   Carrollton, TX 75006-5516
5878647    Pactec,   PO Box 820959,   Philadelphia, PA 19182-0959
5878648   +Parker Chomerics,   77 Dragon Court,   Woburn, MA 01801-1039
5878649   +Paul Forzisi,   1440 Sussex Drive,   Plano, TX 75075-2753
5878650    Paul Martin - Int'l Personal Banking,   Citibank NA BR#465,   Alameda Rio Claro 179,   Apt. 91,
            Sao Paulo, S.P. BRAZIL 01332-010
5878651   +Pencom,   1300 Industrial Road,   Suite 21,   San Carlos, CA 94070-4141
5878652    Perdue Brandon Fielder Collins & Mott,   4025 Woodland Park Blvd.,   Suite 300,   PO Box 13430,
            Arlington, TX 76094-0430
5878653    Pinner Wire & Cable Inc.,   932 N. Shiloh Road,   Garland, TX 75042-5718
5878654    Plains Capital Bank,   PO Box 93600,   Lubbock, TX 79493-3600
5922803   +PlainsCapital Bak,   Attn: Marie Ramage,   2911 Turtle Creek Blvd.,   Suite 400,
            Dallas, texas 75219-7115
5922804   +PlainsCapital Bank,   Patrick J. Schurr,   Scheef & Stone, LLP,   2601 Network Blvd, Suite 102,
            Frisco, TX 75034-9092
5878655   +Prime Distributing Co.,   3480 Orr Rd.,   Allen TX 75002-8836
5878656    Prostar,   PO Box 110209,   Carrollton, TX 75011-0209
5878657   +QFC Industries, Inc.,   3408 East Randol Mill Road,   Arlington, TX 76011-6842
5878658   +Quill Corp.,   PO Box 37600,   Philadelphia, IL 19101-0600
5878659   +Randall S. Sanders,   2712 Mollimar Drive,   Plano, TX 75075-6494
5878660    Recall Secure Destruction Services,   PO Box 841709,   Dallas, TX 75284-1709
5878661   +Regina Lariz,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878662   +Richardson ISD Tax Office,   970 Security Row,   Richardson, TX 75081-2234
5878665   +Robert Walden,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878666   +Ronald Leifker,   1052 Savannah,   Neveda, TX 75173-8452
5878667    Rosenberger of North America,   PO Box 10113,   Lancaster, PA 17605-0113
5878668    Roth Staffing Companies,   File 50988,   Los Angeles, CA 90074-0988
5878677    SGHK Asia Ltd.,   Floor 20 Unit 06 Austin Plaza,   83 Austin Road,   Tsim Sha Tsui, Kowloon,
            HONG KONG
5878685    SKF Motion Technologies,   PO Box 643911,   Pittsburgh, PA 15264-3911
5878687   +SMT Detergent Corp.,   4607 Lakeview Canyon Road, #264,   Westlake Village, CA 91361-4028
5878690   +SSD Systems,   15245 State Highway 56 West,   Sherman, TX 75092-7917
5878671   +Samir S. Sheth,   4520 Turnberry Court,   Plano, TX 75024-2154
5878674    Samtec,   3837 Reliable Parkway,   Chicago, IL 60686-0038
5878674   +Sarah Gonzales,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878675   +Scheef & Stone, LLP,   2601 Network Boulevard,   Suite 102,   Frisco, TX 75034-9092
5878676   +Seastrom Manufacturing Co., Inc.,   456 Seastrom Street,   Twin Falls, ID 83301-8526
5878678   +Shantharam Shenoy,   5812 Bassinghall Lane,   Plano, TX 75093-4721
5878679    Sheffield Corporation,   5 Sheffield West,   Winchester, MA 01890-3526
5878680   +Shred Document Destruction,   13921 Senlac Drive, Suite 200,   Farmers Branch, TX 75234-8837
5878681    Siemens Subscriber Networks LLC,   PO Box 360258,   Pittsburgh, PA 15251-6258
5878682   +Sigma Four LP,   3301 Technology Drive,   Plano, TX 75074-7525
5878683   +Signal & Power Delivery System,   530 Division Street,   Campbell, CA 95008-6906
5878684   +Simco,   783 N. Grove Road, Suite 106,   Richardson, TX 75081-2776
5878686   +Slater & Matsil, LLP,   17950 Preston Road, Suite 1000,   Dallas, TX 75252-5662
5878688    Source Photonics,   Dept CH 19141,   Palatine, IL 60055-9141
5878689   +Spirent Communications,   26750 Agoura Road,   Calabasas, CA 91302-3596
5878691   +Storm Copper Components,   PO Box 99,   Decatur, TN 37322-0099
5878692   +Sun Microsystems, inc.,   Mail Stop: UBUR06-303,   1 Network Drive,   Burlington, MA 01803-2756
5878693   +Sunstone Circuits,   13626 S. Freeman Road,   Mulino, OR 97042-9638
5878694   +Surface Mount Distribution, Inc.,   1 Oldfield,   Irvine, CA 92618-2809
```

```
5878695   +Synter Resource Group,   5935 Rivers Avenue, Suite 102,   North Charleston, SC 29406-6071
5878697    TCIT Dallas Industrial, Inc.,   PO Box 730141,   Dallas, TX 75373-0141
5878698    TCS Corporate Services,   PO Box 676649,   Dallas, TX 75267-6649
5878703   +TEW America,   2860 Zanker Road, Suite 201,   San Jose, CA 95134-2120
5878485   ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,   REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
           PO BOX 13528,   AUSTIN TX 78711-3528
           (address filed with court:  Comptroller of Public Accts,   Rev Acctg Div/Bankruptcy Dept,
           PO BOX 13528,   Austin, TX 78711)
5878724    TTI Inc.,   PO Drawer 99111,   Fort Worth, TX 76199-0111
5878725    TTM Technologies,   Dept. 571,   PO Box 34935,   Seattle, CA 98124-1935
5878728    TXP Corporation,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878699    Tech Depot,   PO Box 33074,   Hartford, CT 06150-3074
5878700   +Tech-Etch Inc.,   45 Aldrin Road,   Plymouth, MA 02360-4886
5878701   +Telcordia Technologies,   Church Street Station,   PO Box 6334,   New York, NY 10249-6334
5878702   +Terry Orosco,   1299 Commerce Drive,   Richardson,TX 75081-2406
5878704   +Texas Fire Alarm, Inc.,   PO Box 851127,   Mesquite, TX 75185-1127
5878705   +Texas Profab Corp.,   2151 Hutton Drive,   Carrollton, TX 75006-6808
5878706    Texas Prototypes,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878709   +Thai T. Vu,   2109 W. Campbell Road, Apt. 532,   Garland, TX 75044-2952
5878710    Thanh Tran,   1809 Creek Crossing Court,   Garland, TX 75040
5878711   +Thavy Sao,   3624 Ruidosa Avenue,   Dallas, TX 75228-1720
5878712    The Bergquist Co.,   SDS 12-1021,   PO Box 86,   Minneapolis, MN 55486-1021
5878713   +The Connor-Winfield Corp.,   2111 Comprehensive Drive,   Aurora, IL 60505-1345
5878714   +The Venture Corp.,   712 Valley Ridge Circle,   Suite 100,   Lewisville, TX 75057-3307
5878715   +Thomas & Betts Power Solution,   PO Box 98392,   Chicago, IL 60693-8392
5878716   +Thu Pham,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878717    TietoEnator RTS Ltd.,   UL. Grodzka 20,   70-560 Szczecin, Poland
5878718    Time Warner Telecom,   PO Box 172567,   Denver, CO 80217-2567
5878719   +Timothy Barron,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878720   +Tom Davis,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878721   +Total Metal Products,   4071 Shilling Way,   Dallas, TX 75237-1009
5878722   +Tracey Shores,   15362 CR 1100,   Blue Ridge, TX 75424-3327
5878723   +TryCom Components, Inc.,   915 Harbor Lake Ct., Suite B,   Safety Harbor, FL 34695-2322
5878726   +Tung T. Tran,   8872 Trace Ridge Parkway,   Keller, TX 76244-4902
5878729    Tyco Electronics,   PO Box 846276,   Dallas, TX 75284-6276
5878730    Tygris Vendor Finance,   Dept #1608,   Denver, CO 80291-1608
5878731    U. S. Attorney,   110 N. College Ave.,   Suite 700,   Tyler, TX 75702-0204
5878735   +UP Media Group,   2018 Powers Ferry Road,   Suite 600,   Atlanta, GA 30339-7200
5878736    UPS,   PO Box 7247-0244,   Philadelphia, PA 19170-0001
5878737    UPS Freight,   PO Box 730900,   Dallas, TX 75373-0900
5878738    UPS Supply Chain Solutions, Inc.,   28013 Network Place,   Chicago, IL 60673-1280
5878739    US Bancorp,   PO Box 790448,   St. Louis, MO 63179-0448
5878740    USAA Credit Card Services,   PO Box 65020,   San Antonio, TX 78265-5020
5878733   +Uline,   Accounts Receivable,   2200 S. Lakeside Drive,   Waukegan, IL 60085-8361
5878734    Universal Air Filter Co.,   PO Box 955375,   St. Louis, MO 63195-5375
5878741    V-Tek Inc.,   SDS-12-1971,   PO Box 86,   Minneapolis, MN 55486-1971
5878742   +Van N Vay,   12217 Plano Road., #1054,   Dallas, TX 75243-5339
5878743   +Vasantha Anandagoda,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878744    Venkel Ltd.,   PO Box 671193,   Dallas, TX 75267-1193
5878745    Verizon Credit,   PO Box 650478,   Dallas, TX 75265-0478
5878746   +Victory Partners, LP,   R. Todd Lazenby,   5400 LBJ Freeway, Suite 1560,   Dallas, TX 75240-1020
5878747   +Vintage Filings, LLC,   150 W. 46th Street, 6th Floor,   New York, NY 10036-8511
5878748    Vitronics Soltec,   39636 Treasury Center,   Chicago, IL 60694-9600
5878749    Volt,   File #53102,   Los Angeles, CA 90074-3102
5878760   +WPG Americas,   1735 N. 1st Street, #110,   San Jose, CA 95112-4530
5878750   +Wall Street Transcript,   48 W. 37th Street, 8th Floor,   New York, NY 10018-7487
5878752   +Wes-Garde Components,   6230 N. Beltline Road, Suite 320,   Irving, TX 75063-2657
5878753   +Wick Phillips, LLP,   2100 Ross Avenue, Suite 950,   Dallas, TX 75201-6735
5878754   +Wilco Wire Technology,   1035 Mission Court,   Fremont, CA 94539-8203
5878755   +Will York,   1299 Commerce Drive,   Richardson, TX 75081-2406
5878756   +Wind River,   500 Wind River Way,   Alemeda, CA 94501-1162
5878757   +Woody Ritchey,   2135 Stonecrop Way,   Golden, CO 80401-8523
5878758   +World Wide Express,   116 North West Street,   Suite 200,   Raleigh, NC 27603-1772
5878759   +Worldwide Stock Transfer, LLS,   433 Hackensack Avenue,   Level L,   Hackensack, NJ 07601-6319
5878761   +XFMRS, Inc.,   7570 E. Landersdale Road,   Camby, IN 46113-8512
5878762   +XFRMRS,   7570 E. Landersdale Road,   Camby, IN 46113-8512
5878763   +Xmultiple,   543 Country Club Drive,   Suite B-128,   Simi Valley, CA 93065-0637
5878764   +YA Global Investments, LP,   101 Hudson Street, Suite 3700,   Jersey City, NJ 07302-3934
5878765   +YA Global Investments, LP,   c/o Yorkville Advisors LLC,   101 Hudson Street, Suite 3700,
           Jersey City, NJ 07302-3934
5878766   +Yao Den Ong,   2228 Eldger Drive,   Plano, TX 75025-2143
5878767    Yellow Transportation, Inc.,   PO Box 5901,   Topeka, KS 66605-0901

The following entities were noticed by electronic transmission on Jan 13, 2011.
tr        +EDI: QMHCHOW.COM Jan 13 2011 20:53:00   Michelle Chow,   5401 N. Central Expressway Suite 218,
           Dallas, TX 75205-3378
5878566    EDI: HNDA.COM Jan 13 2011 20:53:00   Honda Financial Services,   PO Box 168008,
           Irving, TX 75016-0000
5878443    EDI: CINGMIDLAND.COM Jan 13 2011 20:53:00   AT&T,   PO Box 630047,   Dallas, TX 75263-0047
5878435    EDI: AMEREXPR.COM Jan 13 2011 20:53:00   American Express,   PO Box 650448,
           Dallas, TX 75265-0448
5878436    EDI: AMEREXPR.COM Jan 13 2011 20:53:00   American Express Blue,   P.O. Box 650448,
           Dallas, Texas 75265-0448
```

The following entities were noticed by electronic transmission (continued)
5878449      E-mail/Text: beth.thompson@avnet.com                    Avnet Electronics,   PO Box 847722,
             Dallas, TX 75284-7722
5878473      E-mail/Text: citjaxbankruptcy@cit.com                    CIT Technology Financial Services,
             PO Box 550599,   Jacksonville, FL 32255-0599
5878494      E-mail/Text: tammie.bennett@wolterskluwer.com            CT Corp.,   PO Box 4349,
             Carol Stream, IL 60197-4349
5878464      EDI: CAPITALONE.COM Jan 13 2011 20:53:00     Capital One,   PO Box 650010,
             Dallas, TX 75265-0010
5878475      EDI: CITICORP.COM Jan 13 2011 20:53:00     Citi Cards,   PO Box 6402,   The Lakes, NV 88901-6402
5878509      E-mail/Text: DGF.CREDITAPP@DHL.COM                       DHL Danzas Air & Ocean,
             PO Box 277233,   Atlanta, GA 30384-7233
5878510      E-mail/Text: bankruptcy.cr.dept@dhl.com                  DHL Express,   PO Box 840006,
             Dallas, TX 75284-0006
5878504      EDI: RCSDELL.COM Jan 13 2011 20:53:00     Dell Business Credit,   Payment Processing Center,
             PO Box 5275,   Carol Stream, IL 60197-5275
5878505      +EDI: RCSDELL.COM Jan 13 2011 20:53:00     Dell Financial Services,   Payment Processing Center,
             4307 Collections Center Drive,   Chicago, IL 60693-0043
5878506      E-mail/Text: hfields@denitech.com                       Denitech,   PO Box 844173,
             Dallas, TX 75284-4173
5878523      +E-mail/Text: bankruptcy@centurylink.com                Embarq Logistics,
             600 New Century Pkwy.,   New Century, KS 66031-1101
5878531      +E-mail/Text: bviglietta@fiberinstrumentsales.com
             Fiber Instrument Sales, Inc.,   161 Clear Road,   Oriskany, NY 13424-4339
5878571      EDI: IRS.COM Jan 13 2011 20:53:00     Internal Revenue Service,   Department of the Treasury,
             Austin, Texas 73301-0025
5878572      EDI: IRS.COM Jan 13 2011 20:53:00     Internal Revenue Service,   Mail Code DAL-5020,
             1100 Commerce Street,   Dallas, Texas  75242
5878573      EDI: IRS.COM Jan 13 2011 20:53:00     Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114
5878596      E-mail/Text: rita.robles@key.com                        Key Equipment Finance,
             Payment Processing,   PO Box 74713,   Cleveland, OH 44194-0796
5878632      E-mail/Text: litigation@neclease.com                    NEC Financial Services,
             PO Box 100558,   Pasadena, CA 91189-0558
5878637      E-mail/Text: bnc@nordstrom.com                          Nordstrom,   PO Box 79134,
             Phoenix, AZ 85062-9134
5878669      E-mail/Text: creditmanagement@sage.com                  Sage Software, Inc.,
             PO Box 404927,   Atlanta, GA 30384-4927
5878696      EDI: AISTMBL.COM Jan 13 2011 20:53:00     T-Mobile,   PO Box 660252,   Dallas, TX 75266-0252
5878707      E-mail/Text: redpacer@twc.state.tx.us                   Texas Workforce Commission,
             101 E. 15th Street, Room 354,   Austin, TX 78778-0001
5878708      E-mail/Text: redpacer@twc.state.tx.us                   Texas Workforce Commission,
             101 East 15th Street,   Austin, TX 78778-0001
5878732      E-mail/Text: ustpregion06.ty.ecf@usdoj.gov              U. S. Trustee's Office,
             110 N. College Street,   Suite 300,   Tyler, TX 75702-7231
5878751      EDI: CHASE.COM Jan 13 2011 20:53:00     Washington Mutual Bank,   P.O. Box 3139,
             Milwaukee, WI 53201-3139
5892799      EDI: WFFC.COM Jan 13 2011 20:53:00     Wells Fargo Home Mortgage,   PO Box 14547,
             Des Moines, IA 503063547
                                                                                 TOTAL: 30


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5878477*     City of Richardson,   411 W. Arapaho Road., #101,   PO Box 830129,   Richardson TX 75083-0129
5878542*     +Gary Hayes,   1299 Commerce Drive,   Richardson TX 75081-2406
5878581*     +James R. Von Ehr, II,   3510 Tree Trunk Trail,   Richardson, TX 75082-2510
5878620*     +Michael C. Shores,   15362 CR 1100,   Blue Ridge, TX 75424-3327
5878638*     Nordstrom,   PO Box 79134,   Phoenix, AZ 85062-9134
5878663*     +Richardson ISD Tax Office,   970 Security Row,   Richardson TX 75081-2234
5878444      ##+Atlantis Services, Inc.,   901 Waterfall Way, Suite 500,   Richardson, TX 75080-7706
5878445      ##+Atlas Copco Compressors, LLC,   480 Wrangler Dr., Suite 300,   Coppell, TX 75019-7607
5878491      ##CPI Office Products,   PO Box 59109,   Dallas, TX 75229-1109
5878478      ##+Clifford A. Giebler,   8813 Holloway Lane,   Plano, TX 75025-3885
5878525      ##+Eric Prince,   1432 Clarinet Lane,   Plano, TX 75074-5781
5878567      ##+Ian Donaldson,   3612 Salford Drive,   Plano, TX 75025-3836
5878586      ##+Jesus Terrazas,   7190 Gaston Ave., Apt 233,   Dallas, TX 75214-7110
5878594      ##+Karl A. Gundal,   1814 Palo Pinto Drive,   Allen, TX 75013-5327
5878599      ##+Leader Tech,   14100 McCormick Drive,   Tampa, FL 33626-3018
5878633      ##+Nedco Electronics,   2500 East Randol Mill Rd., #200,   Arlington, TX 76011-6316
5878642      ##+Oki Semiconductor,   1173 Borregas Avenue,   Sunnyvale, CA 94089-1306
5878664      ##+Robert P. Mapes,   4940 Goodman Ave., Apt. 2310,   Addison, TX 75001-6660
5878670      ##Salesforce.com, Inc.,   PO Box 5126,   Carol Stream, IL 60197-5126
5878672      ##+Samrach Khuon,   5105 Forest Lane Place,   Dallas, TX 75244-7904
5878727      ##+TXC Technology, Inc.,   431 West Lambert Rd., Suite 306,   Brea, CA 92821-3918
                                                                      TOTALS: 0, * 6, ## 15

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2011**                    **Signature:** _Joseph Speetjens_